No. 11–1056. TORRES-RENDON *v.* HOLDER, ATTORNEY GENERAL. C. A. 7th Cir. Certiorari denied.

No. 11–1062. MICCI *v.* ALEMAN. C. A. 7th Cir. Certiorari denied.

No. 11–1089. DEFEO *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 11–1153. OGNIBENE ET AL. *v.* PARKES ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–1158. HERRING *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 11–1161. CAHILL *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 11–1177. RHODES *v.* JUDISCAK. C. A. 10th Cir. Certiorari denied.

No. 11–1215. ABDUR'RAHMAN *v.* COLSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–1229. MICHIGAN WORKERS' COMPENSATION INSURANCE AGENCY ET AL. *v.* ACE AMERICAN INSURANCE CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–1243. DEEP *v.* CLINTON CENTRAL SCHOOL DISTRICT ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–1252. LOUISIANA CITIZENS PROPERTY INSURANCE CORP., DBA LOUISIANA CITIZENS FAIR PLAN *v.* OUBRE ET AL., INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED. Sup. Ct. La. Certiorari denied.

No. 11–1257. KIA MOTORS AMERICA, INC. *v.* SAMUEL-BASSETT ET AL. Sup. Ct. Pa. Certiorari denied.